UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 4:15-CV-136-RN |
| RUSSELL LEDBETTER, | ) | |
| CATHERINE LEDBETTER, | ) | |
| THE BANK OF HAMPTON ROADS, | ) | |
| | ) | |
| Defendants. | ) | |

Decision by Court.

This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court GRANTS plaintiff's Motion for Default Judgment against defendant Russell Ledbetter as to Count I of the Complaint. Judgment is entered as follows:

1. Defendant Russell Ledbetter is indebted to the United States in the amount of $122,881 as of June 27, 2016, for income taxes, penalties, and interest, relating to the year 2003, plus statutory additions until paid;

2. Defendant Russell Ledbetter is indebted to the United States in the amount of $1,700,654 as of June 27, 2016, for income taxes, penalties, and interest relating to the year 2004, plus statutory additions until paid;

3. Defendant Russell Ledbetter is indebted to the United States in the amount of $317,348 as of June 27, 2016, for income taxes, penalties, and interest, plus statutory additions until paid relating to the year 2005, plus statutory additions until paid; and

4. Defendant Russell Ledbetter is indebted to the United States in the amount of $359,168 as of June 27, 2016 for income taxes, penalties, and interest relating to the year 2009, plus statutory additions until paid.

<u>This Judgment Filed and Entered on August 8, 2016 with service on:</u>
Jonathan D. Carroll (via CM/ECF Notice of Electronic Filing)
Gary J. Rickner (via CM/ECF Notice of Electronic Filing)


Date: August 8, 2016                              JULIE RICHARDS JOHNSTON, CLERK

_____
Lauren Herrmann, Deputy Clerk