IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-00136-RN

**United States of America**,

    Plaintiff,

v.

**Russell Ledbetter**, et al.,

    Defendants.

**Order**

This matter is before the Court upon Plaintiff's Motion for Entry of Default and Entry of Orders of Sale. D.E. 41. The motion states that Defendants Catherine Ledbetter and Bank of Hampton Roads do not oppose the motion. *Id*.

The court notes that while the Clerk has entered default against Defendant Russell Ledbetter, Defendant Catherine Ledbetter is not in default. Accordingly, the Motion for Entry of Default and Entry of Orders of Sale (D.E. 41) is denied. This denial is without prejudice to the parties right to file a motion for consent judgment seeking similar relief.

Finally, while the pleadings submitted have contained the correct year and case number (15-cv-136), the court division has often been omitted. Counsel are instructed to include the full case number including the divisional number (4:15-cv-136-RN) on future submissions.

Dated: March 7, 2017

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge