IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:15-cv-136-RN |
| RUSSELL LEDBETTER, et al., | ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons stated in the United States' joint motion for consent judgment and orders of sale, judgment is hereby entered as follows:

A) Default judgment is entered against Russell Ledbetter as to Counts II and III of the amended complaint;

B) As to Count II, the United States tax liens attach to the real property known as 2. N. Pettigrew Street, Raleigh, North Carolina, and are hereby foreclosed;

C) As to Count III, the United States tax liens attach to the real property known as 5521 Old Weaver Trail, Creedmoor, North Carolina, and are hereby foreclosed;

D) The real properties will be sold pursuant to the attached orders of sale.

This the 17th day of May, 2017.

*Robert T Numbers II*
United States Magistrate Judge

Consented to:

For Catherine Ledbetter:

/s/ Gary J. Rickner
GARY J. RICKNER
N.C. State Bar No. 025129
Ward and Smith, P.A.
P.O. Box 33009
Raleigh, NC 27636
Gjr@wardandsmith.com
Telephone: 919-277-9100
Facsimile 919-277-9177

For The Bank of Hampton Roads:

/s/ Benjamin L. Worley
BENJAMIN L. WORLEY
Morris Russell Eagle & Worley, PLLC
2235 Gateway Access Pt., Ste. 201
Raleigh, NC 27607
Bworley@morrisrussell.com
Telephone: 919-645-4300
Facsimile: 919-277-9177